In the Matter of BURR HORNBECK, Appellant, against JAMES P. ASKIN et al., as Commissioners of Election of the County of Sullivan, Respondents.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.